## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:   JUAN CORONA                                    CASE NO: 07-16859
                                                        CHAPTER 13

         DEBTORS(S)                                     JUDGE: JACQUELINE P COX

                                                        NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   WELLS FARGO BANK

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0001 | 5484 ARRS 464 AUBURN | $ 17,737.74 | $ 17,322.74 | $ 17,322.74 |

Total Amount Paid the Trustee                                           $  17,322.74

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                    X  Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Case No:07-16859

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 28th day of   November, 2012.

Debtor(s)                                          Debtors Attorney

JUAN CORONA                            BENNIE W FERNANDEZ
464 W AUBURN WOODS CT         108 MADISON PO BOX 306
PALATINE IL 60067                    OAK PARK IL 603020000


Addtional Creditors

BARCLAYS CAPTIAL REAL ESTATE
% ROSICKI ROSICKI & ASSOC
51 E BETHPAGE RD
PLAINVIEW NY 11803


Mortgage Arrearage Creditor

WELLS FARGO BANK
% OCWEN LOAN SERVICING
PO BOX 24781
WEST PALM BEACH FL 33416-4781


Electronic Service US Trustee


Date: November 28, 2012                /s/ Tom Vaughn

                                                   Tom Vaughn, Chapter 13 Trustee
                                                   Chapter 13 Trustee
                                                   55 East Monroe Street, Suite 3850
                                                   Chicago, Ill   60603